David BRIGHAM, et al.,
Plaintiffs/Appellants,

v.

CITY OF TOWN & COUNTRY, et al., Defendants/Respondents.

No. 74004.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 9, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 6, 1999.

Application to Transfer Denied
June 1, 1999.

Merle L. Silverstein, Sanford J. Boxerman, Clayton, for appellants.

Kenneth J. Heinz, Steven W. Garrett, St. Louis, for respondents.

Before MARY K. HOFF, P.J., and GARY M. GAERTNER, J., and RHODES RUSSELL, J.

*ORDER*

PER CURIAM.

Landowners appeal from the trial court's granting of summary judgment to defendant City of Town & Country on their petition challenging City's ordinance closing a private road, and seeking injunctive relief, declaratory relief, and damages. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value.

However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).